| | |
|---|---|
| SERGENIAN LAW, A PROFESSIONAL CORPORATION<br>David A. Sergenian, SBN 230174<br>   david@sergenianlaw.com<br>2355 Westwood Blvd. #529<br>Los Angeles CA 90064<br>Telephone: (213) 435-2035<br><br>Attorneys for Plaintiff MICHAEL MOEBIUS | HOWARD S. HOGAN (*pro hac vice*)<br>   hhogan@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>ILISSA SAMPLIN, SBN 314018<br>   isamplin@gibsondunn.com<br>SHAUN A. MATHUR, SBN 311029<br>   smathur@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendant HB USA HOLDINGS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOEBIUS, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>HB USA HOLDINGS, INC., a Delaware corporation, d/b/a Huda Beauty; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 2:21–CV–02109–SSS (PVCx)<br><br>**STIPULATED MOTION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**<br><br>Hon. Sunshine Suzanne Sykes<br><br>Action Filed:   March 8, 2021 |

1

STIPULATION TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for PLAINTIFF MICHAEL MOEBIUS ("PLAINTIFF"), and DEFENDANT HB USA HOLDINGS, INC. ("DEFENDANT") that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

This Stipulation and Order of Dismissal shall not constitute an admission of liability by any party as to any claims alleged in the Complaint or otherwise raised in the Action.

The Clerk of the Court is directed to close the above-captioned action. This Court shall retain jurisdiction over this matter for purposes of enforcement of the parties' settlement of this action.

Dated: July 7, 2022

Respectfully submitted,

SERGENIAN LAW, APC

By: /s/David A. Sergenian
    David A. Sergenian[1]

Attorneys for Plaintiff MICHAEL MOEBIUS

Dated: July 7, 2022

HOWARD S. HOGAN
ILISSA SAMPLIN
SHAUN A. MATHUR
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Howard S. Hogan
    Howard S. Hogan

Attorneys for Defendant HB USA HOLDINGS, INC.

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

**IT IS SO ORDERED.**

DATED: _____     _____
HON. SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE